AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Trustees of the Chicago Regional Council of
Carpenters Pension Fund et al.

V.

HOFFMAN METAL FABRICATORS, INC.

CASE NUMBER: **08 C 1084**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Hoffman Metal Fabricators, Inc.
c/o Steven R. Hoffman, R.A.
9309 Gulfstream Road
Frankfort IL  60423

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago IL  60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Anya Ellis_____
(By) DEPUTY CLERK

February 21, 2008
Date

ClientCaseID: N7547/RJS
Law Firm ID: WHITFIEL


*1 7 7 9 5 9 A*

CaseReturnDate: 3/22/08

Affidavit of Special Process Sever

## UNITED STATES DISTRICT COURT

Case Number **08C1084**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT Hoffman Metal Fabricators
PERSON SERVED **STEVEN R. HOFFMAN, REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **2/27/08**

AGREED TO MEET. PHONE: 815-469-8596

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

**Sex** MALE   **Race** WHITE   **Age** 50S
**Height** 6'1"   **Build** AVERAGE   **Hair** SALT & PEPPER

LOCATION OF SERVICE   **9309   Gulfstream Road
Frankfort, IL, 60423**

Date Of Service   2/27/08      Time of Service   12:58 PM

ANNA CANOLE                                                  2/28/2008
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.