## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1084 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. Vs. Hoffman Metal Fabricators, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. No one appeared on behalf of the Defendant on the Court's noticed status hearing. Plaintiffs' oral motion for entry of default is granted. Default is hereby entered in favor of the Plaintiffs Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice and Trainee Program Fund and against Defendant Hoffman Metal Fabricators, Inc. Prove-up hearing set for 05/14/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|