IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 1084 |
| | )<br>) Judge Der-Yeghiayan |
| v. | )<br>) Magistrate Judge Brown |
| HOFFMAN METAL FABRICATORS, INC., | )<br>) |
| Defendant. | ) |

**SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746**

Raymond J. Sanguinetti declares as follows:

1.  I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.  I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.  I have in excess of 10 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to compel compliance with the bonding provisions of the collective bargaining agreement and to collect delinquent employer contributions.

4.  Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1).

5.  I have devoted 7.25 hours in connection with this case at the rate of $165.00 per hour. The total attorney fees billings is $1,196.25. (See Attached Bill Slips)

6.     In addition, the filing fee was $350.00 and the fee for service of process was an additional $55.00. These costs total $405.00.

7.     I certify that the attached detailed attorney fees and costs totaling $1,601.25 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: April 30, 2008

s/ RAYMOND J. SANGUINETTI

Attorney for the Chicago Regional Council of Carpenters Pension Fund, et al.

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | |
|---|---|---|
| 1:19 PM | Slip Listing | Page 1 |

---

### Selection Criteria

Case (hand select)   Include: CBOND.N7547/21685
Slip.Classification   Open

---

Rate Value and Slip Value hidden by Security Rights
Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 349361<br>11/8/2007<br>Billed    G:72396    12/3/2007<br>Review bond referral. Research Illinois Secretary of State records for corporate information. Prepared bond demand letter. Prepared updates on bond cases for Daniel McAnally and Robert Lid. Diary for suit. | TIME<br>RJS<br>Billable<br>CBOND.N7547/21685 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 349571<br>11/20/2007<br>Billed    G:72396    12/3/2007<br>Prepared Federal Civil suit for wage and fringe benefit bond; Prepared exhibits; Prepared Federal Summons; Prepared civil cover sheet and appearance; Letter to legal process server. | TIME<br>RJS<br>Billable<br>CBOND.N7547/21685 | 1.75<br>0.00<br>0.00<br>0.00 | T@12 | |
| 349580<br>11/21/2007<br>Billed    G:72396    12/3/2007<br>Prepared letter to Robert Lid regarding case status and filing of complaint. | TIME<br>RJS<br>Billable<br>CBOND.N7547/21685 | 0.50<br>0.00<br>0.00<br>0.00 | T@12 | |
| 349766<br>11/19/2007<br>Billed    G:72396    12/3/2007<br>Telephone conversation with Dena Hoffman regarding status of the bond and potential suit. | TIME<br>RJS<br>Billable<br>CBOND.N7547/21685 | 0.25<br>0.00<br>0.00<br>0.00 | T@12 | |
| 350512<br>11/8/2007<br>Billed    G:72396    12/3/2007<br>Computer Research Fees/CD ROM | TIME<br>CPW<br>Lexis<br>CBOND.N7547/21685 | 0.25<br>0.00<br>0.00<br>0.00 | A@1 | |
| 354747<br>3/17/2008<br>Billed    G:73140    4/2/2008<br>FILING FEE 2/21/08 | EXP<br>CPW<br>$DC<br>CBOND.N7547/21685 | 1 | 350.00 | 350.00 |

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | | |
|---|---|---|---|---|
| 1:19 PM | Slip Listing | | Page | 2 |

| Slip ID<br>　Dates and Time<br>　Posting Status<br>　Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 357080         TIME<br>　4/30/2008<br>　WIP<br>　Court Appearance | RJS<br>Billable<br>CBOND.N7547/21685 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357092         TIME<br>　4/30/2008<br>　WIP<br>　Prepared affidavit of Robert Lid in support of prove up. Prepared letter to Robert Lid regarding same. | RJS<br>Billable<br>CBOND.N7547/21685 | 1.00<br>0.00<br>0.00<br>0.00 | T@12 | |
| 357093         TIME<br>　4/30/2008<br>　WIP<br>　Prepared motion for default judgment; Prepared notice of motion; Prepared certificate of service; Prepared exhibits; Prepared affidavit of attorney fees; Prepared draft order. | RJS<br>Billable<br>CBOND.N7547/21685 | 1.75<br>0.00<br>0.00<br>0.00 | T@12 | |

Grand Total

　　　　　　　　　　Billable        7.50 ~~7.50~~ 25  X 165.00
　　　　　　　　　　Unbillable    0.00
　　　　　　　　　　Total           ~~7.50~~ 25

$1,196.25