IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 1084 |
| | )<br>) Judge Der-Yeghiayan |
| v. | )<br>) Magistrate Judge Brown |
| HOFFMAN METAL FABRICATORS, INC., | )<br>) |
| Defendant. | ) |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 21, 2008 and the Defendant was served with copies of the Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

WHEREAS, on April 30, 2008, upon application of the Plaintiffs and for good cause shown, a default was entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, HOFFMAN METAL FABRICATORS, INC., in the sum of $16,601.25.

ENTERED:

_____
SAMUEL DER-YEGHIAYAN
UNITED STATES DISTRICT JUDGE

DATE:_____