IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HOFFMAN METAL FABRICATORS, INC., )<br>)<br>Defendant. ) | Case No. 08 C 1084<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Brown |

## NOTICE OF HEARING

HOFFMAN METAL FABRICATORS, INC.
Steven R. Hoffman, Owner & Registered Agent
9309 Gulfstream Road
Frankfort, IL 60423

    PLEASE TAKE NOTICE that on **Wednesday, May 14, 2008** I shall appear before the Honorable Judge Der-Yeghiayan at approximately 9:00 a.m. in Courtroom 1903 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present the attached Affidavits in Support of Prove Up.

                      CHICAGO REGIONAL COUNCIL OF
                      CARPENTERS PENSION FUND, et al.

                      <u>s/RAYMOND J. SANGUINETTI</u>

### Certificate of Service

    I, Raymond J. Sanguinetti, plaintiffs' attorney hereby certify that I served the above and foregoing Documents via U.S. first class mail to the person/s to whom said Notice is directed on May 1, 2008.

                      <u>s/Raymond J. Sanguinetti</u>

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288