# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1084 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al. Vs. Hoffman Metal Fabricators, Inc. | | |

**DOCKET ENTRY TEXT**

Prove-up hearing held. Default having been entered on 04/30/08, Default judgment in sum certain is hereby entered in favor of the Plaintiffs Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice and Trainee Program Fund and against Defendant Hoffman Metal Fabricators, Inc. in the amount of $16,601.25. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|