*CHf*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  08 C 1084 |
| | ) ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Brown |
| HOFFMAN METAL FABRICATORS, INC., | ) ) | |
| Defendant. | ) ) | |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 21, 2008 and the Defendant was served with copies of the Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

WHEREAS, on April 30, 2008, upon application of the Plaintiffs and for good cause shown, a default  was entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, HOFFMAN METAL FABRICATORS, INC., in the sum of $16,601.25.

ENTERED:

*Samuel Der-Yeghiayan*

SAMUEL DER-YEGHIAYAN
UNITED STATES DISTRICT JUDGE

DATE: 5/14/08