# United States District Court
## Northern District of Illinois
### Eastern Division

Trustees of the Chicago Regional
Council of Carpenters Pension Fund,
et al.

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 1084

Hoffman Metal Fabricators, Inc.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED default having been entered on 04/30/08, Default judgment in sum certain is hereby entered in favor of the Plaintiffs Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice and Trainee Program Fund and against Defendant Hoffman Metal Fabricators, Inc. in the amount of $16,601.25.

Michael W. Dobbins, Clerk of Court

Date: 5/14/2008

/s/ Michael A. Wing, Deputy Clerk