## ANSWER

Re: 08 C 1084 Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice and Trainee Program Fund vs Hoffman Metal Fabricators, Inc.

I, Brenda Sloan, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Highlight one or more of the following and indicate the amount held:

1. Savings Account (amount withheld) $_____
2. Checking and/or Now Account (Amount withheld) $ 446.57
3. Certificate of Deposit (Amount held) $_____
4. Money Market Account (Amount held) $_____
5. Trust Account (Amount held) $_____
6. Safety Deposit Box $_____
7. No Accounts _____
8. Adverse Claimant: Name _____ Address _____
   _____ Amount withheld from Adverse Claimant: _____
9. Wages, Salary or Commissions _____
10. Other Personal Property (Describe) _____

Attach a sheet for additional information required by the Citation

Sub Total $446.57

Less right of offset for other loans $-0-

Less deduction for fees limited by $125.00
205 ILCS 5/48.1

Total    $321.57

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

*Brenda Sloan*
Agent for the Citation Respondent

FILED
JUN - 6 2008
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

State of Illinois
County of Kane
Subscribed to and sworn before me this 3rd day of June, 2008.

*Rhonda S. McGinnis*
Notary Public

"OFFICIAL SEAL"
Rhonda S. McGinnis
Notary Public, State of Illinois
My Commission Exp. 10/28/2009

Rec'd 5-30-08
RSM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL )
OF CARPENTERS PENSION FUND, CHICAGO       )
REGIONAL COUNCIL OF CARPENTERS WELFARE    )
FUND, and CHICAGO REGIONAL COUNCIL OF     )
CARPENTERS APPRENTICE AND TRAINEE         )
PROGRAM FUND,                             )    08C 1084
                                          )
                Plaintiffs,               )    Judge DER-YEGHIAYAN
                                          )
        v.                                )
                                          )
HOFFMAN METAL FABRICATORS, INC.,          )
                                          )
                Defendant.                )
                                          )
Heritage Bank                             )
                                          )
                Citation Respondent.      )

**CITATION NOTICE**

<u>Name and Address of Court</u>:
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

<u>Address of Judgment Debtor</u>
Hoffman Metal Fabricators, Inc.
9309 Gulfstream Road
Frankfort, Illinois 60423

<u>Name and Address of Attorney for Judgment Creditor</u>:
Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700

<u>Amount of Judgment</u>:            $16,601.25

<u>Balance</u>:                        $16,601.25

Name of Person Receiving Citation:     Heritage Bank

Hearing Date and Time:     June 20, 2008 at 10:00 A.M.

NOTICE:     The Court has issued a citation against the person named above. The citation directs that person to appear at 111 East Wacker Drive, Suite 2600, Chicago, Illinois 60601 to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the hearing date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment. The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)  (a)  Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor;

   (b)  Social Security and SSI benefits;

   (c)  Public assistance benefits;

   (d)  Unemployment compensation benefits;

   (e)  Worker's compensation benefits;

   (f)  Veteran's benefits;

   (g)  Circuit breaker property tax relief benefits;

   (h)  The debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle;

   (i)  The debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)  Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3)  Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which

2

disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at Michael W. Dobbins, Clerk of the U.S. District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.  When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.  This notice may be sent by regular first class mail.

I, RAYMOND J. SANGUINETTI, hereby certify that this Citation Notice was sent via U.S. first class mail to the judgment debtor on May 27, 2008.

Signature of Attorney
Raymond J. Sanguinetti

Attorney for Judgment Creditor
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL  60611
(312) 251-9700
Atty. No. 6244798

3